# EXHIBIT C

(12) **United States Design Patent**  (10) Patent No.:   **US D576,763 S**
Hartman                                (45) Date of Patent:  ** **Sep. 9, 2008**

(54) **LIGHT FIXTURE**

(76) Inventor: **Michael S. Hartman**, 201 Sweitzer Rd., Sinking Spring, PA (US) 19608

(**) Term: **14 Years**

(21) Appl. No.: **29/298,029**

(22) Filed: **Nov. 27, 2007**

**Related U.S. Application Data**

(62) Division of application No. 29/262,615, filed on Jul. 7, 2006, now Pat. No. Des. 564,128.

(51) **LOC (8) Cl.** ............................................... **26-99**
(52) **U.S. Cl.** .................................................. **D26/138**
(58) **Field of Classification Search** ............... D26/123, D26/128, 142, 118, 65, 125, 147, 74, 138, D26/24, 113, 61, 63, 133, 119, 72, 130, 120, D26/67, 85, 32, 60, 73, 93, 94, 98, 103, 122, D26/124, 129, 137, 151, 152, 153, 156; D21/484, D21/490; D13/110; 206/223; 362/351, 362/330, 363

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

574,348 A * 12/1896 Turbeville ..................... 160/19

(Continued)

FOREIGN PATENT DOCUMENTS

JP        2004055304      2/2004

*Primary Examiner*—Freda S. Nunn
*Assistant Examiner*—Kevin K Rudzinski
(74) *Attorney, Agent, or Firm*—Synnestvedt & Lechner LLP

(57) **CLAIM**

I claim the ornamental design for a light fixture, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a first embodiment of my design for a light fixture;

FIG. **2** is a right side view of the light fixture embodiment shown in FIG. **1**;

FIG. **3** is a left side view of the light fixture embodiment shown in FIG. **1**;

FIG. **4** is a top plan view of the light fixture embodiment shown in FIG. **1**;

FIG. **5** is a bottom view of the light fixture embodiment shown in FIG. **1**;

FIG. **6** is a rear view of the light fixture embodiment shown in FIG. **1**;

FIG. **7** is a front view of a second embodiment of my design for a light fixture;

FIG. **8** is a right side view of the light fixture embodiment shown in FIG. **7**;

FIG. **9** is a left side view of the light fixture embodiment shown in FIG. **7**;

FIG. **10** is a top plan view of the light fixture embodiment shown in FIG. **7**;

FIG. **11** is a bottom view of the light fixture embodiment shown in FIG. **7**; and,

FIG. **12** is a rear view of the light fixture embodiment shown in FIG. **7**.

The broken lines shown in the various figures are for illustrative purposes only and form no part of the claimed designs.

**1 Claim, 4 Drawing Sheets**



U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| 1,335,042 | A * | 3/1920 | Cadwallader | 411/461 |
| D114,101 | S | 4/1939 | Gregg | D26/86 |
| 2,488,326 | A * | 11/1949 | Pratt | 248/311.2 |
| D158,803 | S | 5/1950 | Russell | D26/76 |
| D158,917 | S * | 6/1950 | Wince | D26/85 |
| 2,564,865 | A | 8/1951 | Turner et al. | 362/151 |
| D168,260 | S * | 11/1952 | Gregg | D26/86 |
| D169,063 | S * | 3/1953 | Gregg | D26/86 |
| 2,662,163 | A | 12/1953 | Mollner | 362/151 |
| D191,762 | S | 11/1961 | Rotham | D26/76 |
| D195,876 | S | 8/1963 | Atkin et al. | D26/63 |
| D203,060 | S | 11/1965 | Schaefer | D26/76 |
| 4,028,543 | A | 6/1977 | Oster | 362/401 |
| 4,183,488 | A * | 1/1980 | Shepard | 248/247 |
| 4,387,873 | A * | 6/1983 | Pavlo et al. | 248/227.1 |
| 4,533,983 | A | 8/1985 | Hafstad | 362/223 |
| D281,412 | S * | 11/1985 | Barnhart | D12/190 |
| 4,625,266 | A | 11/1986 | Winter | 362/146 |
| D294,975 | S | 3/1988 | Lester | D26/34 |
| D294,977 | S | 3/1988 | Platner | D26/86 |
| 4,747,025 | A | 5/1988 | Barton | 362/147 |
| D305,299 | S * | 1/1990 | Freeman | D8/373 |
| 4,914,844 | A | 4/1990 | Seery | 40/584 |
| D313,669 | S | 1/1991 | Sonneman | D26/109 |
| 5,001,611 | A | 3/1991 | Beachy et al. | 362/145 |
| D318,536 | S | 7/1991 | Jones et al. | D26/138 |
| D318,592 | S * | 7/1991 | Byrne | D6/579 |
| D357,762 | S | 4/1995 | Douglas | D26/85 |
| D359,629 | S * | 6/1995 | Korkowski | D6/403 |
| 5,438,804 | A | 8/1995 | Reum et al. | 52/102 |
| D364,300 | S | 11/1995 | Ohanesian | D6/579 |
| D365,955 | S | 1/1996 | Fimbres | D26/579 |
| D369,957 | S | 5/1996 | Blanton | D8/373 |
| 5,597,025 | A * | 1/1997 | Forkner | 160/38 |
| D379,548 | S * | 5/1997 | Johnson | D26/128 |
| D379,549 | S | 5/1997 | Vargas, Jr. | D26/128 |
| D379,729 | S * | 6/1997 | Ohanesian | D6/579 |
| D380,853 | S | 7/1997 | Johnson | D26/128 |
| D382,245 | S | 8/1997 | Bedrosian et al. | D12/223 |
| D383,243 | S | 9/1997 | Fry et al. | D26/118 |
| D389,268 | S | 1/1998 | Kay | D26/118 |
| D390,992 | S | 2/1998 | Shemitz | D26/63 |
| D400,459 | S | 11/1998 | Menke | D10/104 |
| 5,833,351 | A | 11/1998 | Marsh | 362/145 |
| D406,716 | S | 3/1999 | Growden | D6/579 |
| D415,950 | S * | 11/1999 | Anderson | D8/354 |
| D422,107 | S | 3/2000 | Meier | D26/87 |
| D423,774 | S | 5/2000 | Peterson | D3/229 |
| 6,152,204 | A * | 11/2000 | Santoro | 160/38 |
| D443,785 | S | 6/2001 | Barron et al. | D6/579 |
| D457,418 | S | 5/2002 | Ferrer Beltrán | D8/363 |
| 6,679,537 | B1 * | 1/2004 | Putnam, Jr. | 296/78.1 |
| D487,693 | S * | 3/2004 | Moen | D8/363 |
| 6,708,643 | B2 | 3/2004 | Traiforos | 116/63 R |
| D491,493 | S * | 6/2004 | Stahel et al. | D12/114 |
| D491,686 | S | 6/2004 | Citterio | D26/72 |
| 6,796,684 | B1 | 9/2004 | Beadle | 362/287 |
| 6,848,806 | B2 | 2/2005 | Yoshida et al. | 362/147 |
| D512,792 | S | 12/2005 | Benensohn | D26/76 |
| 6,976,765 | B2 | 12/2005 | Helenowski | 362/147 |
| D514,924 | S | 2/2006 | Bergnach | D8/354 |
| 6,997,581 | B1 | 2/2006 | Shelton et al. | 362/359 |
| 7,290,904 | B2 | 11/2007 | Miller | 362/432 |
| 7,322,714 | B2 | 1/2008 | Barnett et al. | 362/152 |
| 2005/0117331 | A1 | 6/2005 | Haas | 362/147 |

* cited by examiner



FIG.1

FIG.2



FIG.3



FIG.4



**FIG.5**



**FIG.6**



**FIG.7**

**FIG.8**



**FIG.9**





**FIG.10**



FIG.11



FIG.12