IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARTMAN DESIGN INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-1209 |
| | : | |
| v. | : | |
| | : | |
| LEHIGH VALLEY HARDSCAPING, LLC, | : | |
| and MATTHEW WEIS, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of June, 2016, for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The clerk of court shall mark the case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.